| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

WESLEY EUGENE THOMPSON and §
BEVERLY A. THOMPSON, §
§
§
§
       Plaintiffs, §
§
*versus* § CIVIL ACTION NO. 1:19-CV-71
§
CALIBER VALVE AND CONTROLS, LLC §
and JACOB P. HATHAWAY, §
§
       Defendants. §
§

## AMENDED ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Voluntary Dismissal (#8), filed April 29, 2019, this action is dismissed as to Defendant Caliber Valve and Controls, LLC, without prejudice. This case is still pending as to Defendant Jacob P. Hathaway. Each party shall bear its own costs of court and attorney's fees. This order amends the order entered April 29, 2019 (#9).

SIGNED at Beaumont, Texas, this 30th day of April, 2019.

                                                MARCIA A. CRONE
                                        UNITED STATES DISTRICT JUDGE